IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**

MAR 1 8 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **CR 25-094 J** |
| | ) | |
| -vs- | ) | No._____ |
| | ) | |
| EDGAR JESUS CAMEJO-CACERES, | ) | Violations:  18 U.S.C. § 111(a)(1) |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT 1
### (Assault on a Federal Officer)

On or about February 19, 2025, in the Western District of Oklahoma,

--------------------------- **EDGAR JESUS CAMEJO-CACERES** ---------------------------

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with T.B., a

Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE") at the Kay

County Detention Center, which is an ICE-contracted facility, by biting T.B. while T.B.

was engaged in and on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2
### (Assault on a Federal Officer)

On or about February 19, 2025, in the Western District of Oklahoma,

--------------------------- **EDGAR JESUS CAMEJO-CACERES** ---------------------------

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with D.T., a Detention Officer at the Kay County Detention Center, which is a U.S. Immigration and Customs Enforcement ("ICE")-contracted facility, by biting D.T. while D.T. was assisting T.B., a Deportation Officer with ICE, on account of D.T.'s assistance to T.B. and while T.B. was performing his official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3
### (Assault on a Federal Officer)

On or about February 19, 2025, in the Western District of Oklahoma,

--------------------------- **EDGAR JESUS CAMEJO-CACERES** ---------------------------

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with D.T., a Detention Officer at the Kay County Detention Center, which is a U.S. Immigration and Customs Enforcement ("ICE")-contracted facility, by spitting on D.T. while D.T. was assisting T.B., a Deportation Officer with ICE, on account of D.T.'s assistance to T.B. and while T.B. was performing his official duties.

2

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

ELIZABETH JOYNES
Assistant United States Attorney

3