OKWD Revised AO 442 (1/16/15)

*11781081*
*2564-0319-0540-J*

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
V. )
)           Case Number: CR-25-94-J
)
EDGAR JESUS CAMEJO-CACERES )
_____ )
*Defendant*

**ARREST WARRANT**

<div style="border:1px solid red; color:red;">
RECEIVED

MAR 1 8 2025

U.S. MARSHALS W/OK
</div>

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EDGAR JESUS CAMEJO-CACERES _____,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

18:111(a)(1) ASSAULT ON A FEDERAL OFFICER

**Regan Popp, Deputy Clerk**
**Oklahoma City, Oklahoma**

*WARRANT ISSUED:*
3:15 pm, Mar 18, 2025
*JOAN KANE, CLERK*

By:

| Return | |
| --- | --- |

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

ARRESTED ON: 04/14/2025

WITHIN THE W DISTRICT OF OK

BY: writ

_____
*Arresting officer's signature*

_____
*Printed name and title*