# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

| | | | |
|---|---|---|---|
| Petty ☐  Misdemeanor ☐  Felony ☑ | USAO No.: _____ | Case No.: | CR-25-094-J |
| Charging Document: **SS Information** | No. of Defendants: 1 | Total No. of Counts: 1 | Sealed: Y ☐ N ☑ |
| Forfeiture: Y ☐ N ☑ | OCDETF: Y ☐ N ☑ | McGirt: Y ☐ N ☑ | Warrant ☐  Summons ☐  Notice ☑ |
| | | | Companion Case No. (if any): _____ |

By: **MV**

### DEFENDANT INFORMATION:

| | |
|---|---|
| Name: **EDGAR JESUS CAMEJO-CACERES** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/2003    SSN: | Race: Hispanic    Interpreter: Y ☑  N ☐ |
| Sex: M ☑  F ☐    Juvenile: Y ☐  N ☑ | Language/Dialect: Spanish |

### DEFENDANT STATUS/RECOMMENDATION:

- ☐ Not in Custody
- ☑ Detention Requested
- ☐ Type of Bond: _____
- ☑ In Custody at: Payne County Detention Center
- Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

- Complaint: Y ☐  N ☑
- Magistrate Judge Case No.: MJ-
- Previously Detained: Y ☑  N ☐

### ATTORNEY/AGENCY INFORMATION:

- ☑ Public Defender
- ☐ CJA Panel
- ☐ Retained

Name: Kyle Wackenheim/Luciana Perez
Address: 215 Dean A. McGee, Suite 109, Oklahoma City, Oklahoma 73102
Phone: (405) 609-5930

AUSA: Elizabeth Joynes
Agent/Agency: HSI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 111(a)(1) | Assaults on Federal Officers | NMT 8 years' imprisonment; NMT $250,000.00 fine, or both; NMT 3 years' S/R; $100.00 S/A |

Signature of AUSA: s/Elizabeth Joynes     Date: 06/25/2025