IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-25-94-J |
| | ) | |
| EDGAR JESUS CAMEJO-CACERES, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/25/25

_Edgar Jesus_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Luci Perez, Kyle Wackenheim
Printed name of defendant's attorney

_[signature]_
Judge's signature