IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-25-94-J |
| ) | |
| EDGAR JESUS CAMEJO-CACERES, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

Defendant has entered a plea of guilty to Count 1 of the Superseding Information that was filed on June 27, 2025. In light of that guilty plea, the United States has moved to dismiss the original Indictment as to Defendant Edgar Jesus Camejo-Caceres in the best interest of justice.

It is therefore ORDERED that the Indictment, returned on March 18, 2025, as to Defendant Edgar Jesus Camejo-Caceres is DISMISSED.

_____
BERNARD M. JONES
United States District Judge